UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In Re:** <br> **Michael & Kelly Masella** <br> Debtor(s) <br><br> Michael J. Masella <br> Kelly L Masella <br> 39 Union Street <br> Tiffin, OH 44883 <br><br> PLAINTIFFS <br><br> Vs <br><br> Bay Area Credit Service, LLC <br> 1901 West 10th Street <br> Antioch, CA 94509, <br><br> And <br><br> HOVG, LLC <br> c/o DFG2, LLC <br> 8850 West Desert Inn Road <br> #102-452 <br> Las Vegas, NV 89117 <br><br> And <br> Shelly James, <br><br> DEFENDANTS | Case No. Case No. 3:14-cv-00471-JZ |

### (PROPOSED) ORDER

Plaintiffs, by its designated attorneys, filed a motion to File an Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(1)(A) and Memorandum in Support thereof.

Whereas the Court has considered Plaintiffs' motion and memorandum, THE COURT FINDS Plaintiffs have demonstrated that it has complied with Fed. R. Civ. P. 15(a)(1)(A) and said motion should therefore be granted.

Therefore, Plaintiffs' Motion is GRANTED.

SO ORDERED, this _____ day of 2014

_____
The Honorable Jack Zouhary
United States District Court Judge