IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael J. Masella, et al.,                          Case No. 3:14 CV 471

                              Plaintiffs,            <u>DISMISSAL ORDER</u>

              -vs-                                   JUDGE JACK ZOUHARY

Bay Area Credit Services, LLC, et al.,

                              Defendants.


        Counsel represent that this case has resolved.  Therefore, the docket is marked:  "Settled and

dismissed without prejudice.  Each party is to bear its own costs."

        Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms

and conditions, filed within thirty (30) days shall supersede this Order.  This Court also retains

jurisdiction to enforce the terms of any settlement.

        IT IS SO ORDERED.

                                        ____s/ Jack Zouhary____
                                        JACK ZOUHARY
                                        U. S. DISTRICT JUDGE

                                        June 11, 2014